A & R CONSTRUCTION CO., INC., Plaintiff, v. NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant, and GILBERT ASSOCIATES, INC., Respondent, et al., Defendant.— AULISI, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.